

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 31, 2014

BY ECF
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Levine*, 14 Civ. 4057 (GBD)

Dear Judge Daniels:

    We write respectfully on behalf of all parties to request that the Court convene a pretrial scheduling conference in this matter under Federal Rule of Civil Procedure 16. The parties have conferred with your Honor's law clerk and jointly propose the following dates and times:

1. December 9, 2014, at 9:45 AM;

2. December 16, 2014, at 9:45 AM; or

3. December 17, 2014, at 9:45 AM.

    We thank the Court for its consideration of this request.

    Respectfully,

    PREET BHARARA
    United States Attorney

By:    */s/ Caleb Hayes-Deats*
    CALEB HAYES-DEATS
    TARA M. La MORTE
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, NY 10007
    Tel: (212) 637-2699/2746

cc: Ellis L. Reemer
   Catherine Benedicte Engell
   DLA Piper US LLP (NY)
   1251 Avenue of the Americas
   New York, NY 10020
   (212) 335-4980

   Randall G. Dick
   Law Office of Randall G. Dick
   290 Stonecrest Drive
   San Francisco, CA 94132
   (415) 786-5232