

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 30, 2018

<u>By ECF and Fax</u>
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Levine*, 14 Civ. 4057 (GBD); Request to maintain the current stay

Dear Judge Daniels:

      We write respectfully on behalf of all parties in the above-referenced case. On February 14, 2018, the Court entered an Order staying this matter until March 31, 2018, so that the parties could continue their ongoing settlement negotiations. *See* Dkt. No. 29.

      The parties have made significant progress towards a potential global settlement of this matter along with two separate cases captioned *Levine v. United States*, 13 Civ. 3094 (LTS)(GWG), and *CM Holdings III, LLC v. United States*, 13 Civ. 3095 (LTS)(GWG). Counsel for the parties met in person on February 22, 2018, to discuss certain reservations that Mr. Levine had regarding the United States' settlement proposal. Following that meeting, counsel spoke again by phone on March 12th and 29th.

      As a result of the ongoing discussions described above, the parties believe that they have made significant progress towards reaching a settlement, although they must still resolve several outstanding issues. Accordingly, the parties respectfully request that the Court allow them until May 31, 2018, to continue their discussions. The parties further request that proceedings before this Court remain stayed until that time. We thank the Court for considering this submission.

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney

By:   */s/ Caleb Hayes-Deats*
        CALEB HAYES-DEATS
        MICHAEL J. BYARS
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Tel: (212) 637-2699/2793

cc:    Ellis L. Reemer
       Cary Samowitz
       DLA Piper US LLP (NY)
       1251 Avenue of the Americas
       New York, NY 10020
       (212) 335-4980
       *Counsel for Levine*

       Randall G. Dick
       Law Office of Randall G. Dick
       290 Stonecrest Drive
       San Francisco, CA 94132
       (415) 786-5232
       *Counsel for Levine*