



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

APR 0 2 2018

*86 Chambers Street*
*New York, New York 10007*

March 30, 2018

By ECF and Fax
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

_George B. Daniels_
George B. Daniels, U.S.D.J.

Dated: APR 0 2 2018

Re:   *United States v. Levine*, 14 Civ. 4057 (GBD); Request to maintain the current stay

Dear Judge Daniels:

    We write respectfully on behalf of all parties in the above-referenced case. On February 14, 2018, the Court entered an Order staying this matter until March 31, 2018, so that the parties could continue their ongoing settlement negotiations. *See* Dkt. No. 29.

    The parties have made significant progress towards a potential global settlement of this matter along with two separate cases captioned *Levine v. United States*, 13 Civ. 3094 (LTS)(GWG), and *CM Holdings III, LLC v. United States*, 13 Civ. 3095 (LTS)(GWG). Counsel for the parties met in person on February 22, 2018, to discuss certain reservations that Mr. Levine had regarding the United States' settlement proposal. Following that meeting, counsel spoke again by phone on March 12th and 29th.

    As a result of the ongoing discussions described above, the parties believe that they have made significant progress towards reaching a settlement, although they must still resolve several outstanding issues. Accordingly, the parties respectfully request that the Court allow them until May 31, 2018, to continue their discussions. The parties further request that proceedings before this Court remain stayed until that time. We thank the Court for considering this submission.

03/30/2018 16:33 FAX                USAO CIVIL DIV                    ☒ 0003/0003

            Respectfully,

            GEOFFREY S. BERMAN
            United States Attorney

        By: */s/ Caleb Hayes-Deats*
            CALEB HAYES-DEATS
            MICHAEL J. BYARS
            Assistant United States Attorneys
            86 Chambers Street, 3rd Floor
            New York, NY 10007
            Tel: (212) 637-2699/2793

cc: Ellis L. Reemer
   Cary Samowitz
   DLA Piper US LLP (NY)
   1251 Avenue of the Americas
   New York, NY 10020
   (212) 335-4980
   *Counsel for Levine*

   Randall G. Dick
   Law Office of Randall G. Dick
   290 Stonecrest Drive
   San Francisco, CA 94132
   (415) 786-5232
   *Counsel for Levine*

03/30/2018 16:33 FAX                USAO CIVIL DIV                    ☒ 0003/0003